UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABLITY LITIGAITON<br><br>This document relates to:<br><br>*Johnston, Evelyn*<br>*3:16-cv-05383-BRM-LHG* | MDL No. 2750<br>Master Docket No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS MITSUBISHI TANABE PHARMA HOLDINGS AMERICA, INC., MITSUBISHI TANABE PHARMA DEVELOPMENT AMERICA, INC, TANABE RESEARCH LABORATORIES U.S.A., INC AND MITSUBISHI TANABE PHARMA CORP.**

**TO THE CLERK OF THE COURT:**

Plaintiff Evelyn Johnston, by and through the undersigned counsel, and pursuant to Case Management Order No. 7, hereby file this notice of voluntary dismissal without prejudice as to Defendants MITSUBISHI TANABE PHARMA CORP., MITUSBISHI TANABE PHARMA DEVELOPMENT AMERICA, INC., TANABE RESEARCH LABORATORIES U.S.A., INC. AND MITSUBISHI TANABE PHARMA HOLDINGS, INC.

DATED: June 20, 2017

Respectfully submitted,

**SO ORDERED.**

Date: June 21, 2017

*/s/ Christopher LoPalo*
Christopher LoPalo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

***/s/ Brian R. Martinotti***
**HON. BRIAN R. MARTINOTTI**
**United States District Judge**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 20, 2017

                                                                          /s/ Christopher LoPalo
                                                                    Christopher LoPalo, Esq.