# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2750<br>Master Docket Case No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

 Evelyn Johnston___  v. Janssen Pharmaceuticals, Inc., et al.,
Case No.  _3:16-cv-05383-__

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff __Evelyn Johnston, hereby dismisses this case in its entirety, as to all Defendants, with prejudice.  Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| By:  __/s/ Christopher R. LoPalo<br>      Christopher R. LoPalo<br>      **NAPOLI SHKOLNIK, PLLC**<br>      400 Broadhollow Rd., Suite 305<br>      Melville, NY 11747<br>      Telephone: (212) 397-1000<br>      Facsimile: (646) 927-1676<br>      CLoPalo@NapoliLaw.com<br><br>*Counsel for Plaintiff*<br><br>  Dated: January 21, 2020 | By:  __/s/ Michael C. Zogby<br>      Michael C. Zogby<br>      **DRINKER BIDDLE & REATH LLP**<br>      600 Campus Drive<br>      Florham Park, NJ 07932<br>      Tel: (973) 549-7000<br>      Fax:  (973) 360-9831<br>      Email: michael.zogby@dbr.com<br><br>*MDL Liaison Counsel for Defendants*<br><br>Dated: January 21, 2020 |